UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division
www.flsb.uscourts.gov

In re:

|  |  |
|---|---|
| | Case No. 19-22870-EPK |
| EUROPEAN FOREIGN DOMESTIC | Chapter 11 |
| AUTO REPAIR CENTRE, INC. BOCA EAST, | |

Debtor.

_____/

| | |
|---|---|
| ASK VENTURES, INC., | <u>Jointly Administered</u> |
| | Case No. 19-22872-EPK |
| | Chapter 11 |

_____/
Debtor.            /

**SUMMARY OF FINAL FEE APPLICATION OF AARON A. WERNICK, ESQ. AND
WERNICK LAW, PLLC, ATTORNEYS FOR DEBTOR EUROPEAN FOREIGN FOREIGN
DOMESTIC AUTO REPAIR CENTRE, INC. BOCA EAST, FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
<u>FOR THE PERIOD APRIL 1, 2020 THROUGH JULY 9, 2020</u>**

| | | |
|---|---|---|
| 1. | Name of Applicant: | <u>Aaron Wernick/Wernick Law</u> |
| 2. | Role of Applicant: | <u>Attorneys for Chapter 11 Debtor</u> |
| | [Services Provided to <u>European Foreign Domestic Auto Repair Centre, Inc. Boca East</u>] | |
| 3. | Name of Certifying Professional: | <u>Aaron A. Wernick, Esq.</u> |
| 4. | Date case filed: | <u>September 26, 2019</u> |
| 5. | Date of Retention Order: | <u>November 14, 2019</u>[1] |

**[If Interim Application, Complete 6, 7 and 8 Below]**

| | | |
|---|---|---|
| 6. | Period for this Application | <u>n/a</u> |
| 7. | Amount of Compensation Sought: | <u>n/a</u> |
| 8. | Amount of Expense Reimbursement: | <u>n/a</u> |

**[If Final Application, Complete 9 and 10 Below]**

---

[1] Aaron Wernick, Esq. was initially retained as counsel for the Debtor as a partner of Furr Cohen, P.A. on November 14, 2019, effective September 26, 2019 (the Petition Date.) Wernick Law, PLLC, with Aaron Wernick remaining as the Debtor's attorney, was substituted as counsel on April 6, 2020, effective April 1, 2020.

| | | |
|---|---|---|
| 9. | Total Amount of Compensation Sought During Case[2]: | $15,645.00 |
| 10. | Total Amount of Expense Reimbursement Sought During Case: | $821.50 |
| 11. | Amount of Original Retainer: | $0.00 |
| 12. | Current balance of Retainer Remaining: | n/a |
| 13. | Last Monthly Operating Report Filed: | May 2020, ECF 148 |
| 14. | Current funds in Chapter 11 Estate: | $100,000[3] |

### FINAL  FEE APPLICATION BY AARON A. WERNICK, ESQ. AND WERNICK LAW, PLLC, ATTORNEYS FOR THE CHAPTER 11 DEBTOR, TIDWELL BROS. CONSTRUCTION INC.

Aaron A. Wernick, Esq. and Wernick Law, PLLC (collectively, the "Applicant"), attorneys for the Chapter 11 Debtor, apply for compensation for fees for services rendered and costs incurred in this Chapter 11 proceeding. This application (the "Application") is filed pursuant to 11 U.S.C. §§ 330 and Bankruptcy Rule 2016 and meets all requirements set forth in the guidelines incorporated in Local Rule 2016-1(B)(1) (the Guidelines").

The exhibits attached to this Application, pursuant to the Guidelines, are:

**Exhibit "1"** -  *Fee Application Summary Chart*

**Exhibits "2-A" and "2-B"**- *Summary of Professional and Paraprofessional Time*

**Exhibit "3"** - *Summary of Requested Reimbursements of Expenses*

**Exhibit "4"** - The applicant's complete time records, in chronological order, by activity code category, for the time period covered by this application.  The requested fees are itemized to the tenth of an hour.

The Applicant believes that the requested fee of $15,645.00 for 35.7 hours worked is reasonable considering the nature, extent, and the value of such services, as shown below:

---

[2] This final fee application only covers the period of Wernick Law, PLLC's representation of the Debtor. Therefore, this application covers the period April 1, 2020 through July 9, 2020. Any application for fees and costs after July 9, 2020 will be submitted as a supplemental fee application.
[3] These funds are in the Applicant's trust account and are the proceeds from the sale of the Debtor's assets.

The Applicant commenced work on this case on April 1, 2020. The Applicant continued the work started on the petition date when the Applicant was a partner at Furr Cohen PA.

Starting April 1, 2020, the Applicant focused primarily on closing the sale of the business and the attendant real property, which was sold on May 11, 2020. There were extensive and numerous issues with regard to the closing of the sale to William Isaacson, including due diligence materials, closing documents, title affidavits, owner affidavits, releases of liens, and other related issues. With the closing of the sale, the Debtor was able to net $100,000 while affiliated debtor ASK Ventures Inc. netted $1,600,000.

After the closing of the sale, the Applicant drafted the plan, disclosure statement, and accompanying exhibits. After disclosure statement conditional approval, the Applicant was engaged in talks with various creditors in order to procure votes for its plan. The Applicant anticipates that the Debtor will have the votes necessary for confirmation.

The Applicant was successful in assisting the Debtor in its liquidation through sale of its assets, allowing for administrative expenses and priority claims to be paid.

Since the start of the case, the Applicant has also reviewed all monthly operating reports and otherwise assisted the Debtor in advancing its Chapter 11 case.

1. Categories

    a. Case Administration:

        i. The Applicant assisted the Debtor in its Chapter 11 case, primarily by conducting an orderly liquidation of its assets.

    b. Fee/Employment Applications:

   i. The Applicant drafted this fee application and reviewed all billing entries. The Applicant also sought approval for Jerry Donnini, Esq. as counsel for sales tax matters.

  c. <u>Plan and Disclosure Statement</u>:

   i. The Applicant drafted and filed the plan, disclosure statement, and exhibits.

  d. <u>Claims Administration and Objections</u>:

   i. The Applicant reviewed all claims to determine if any objections were needed.

  e. <u>Prepare/Review U.S. Trustee Reports</u>:

   i. The Applicant reviewed all monthly operating reports before filing.

2.  <u>Factors to be considered</u>:

<u>The time spent on such services.</u> The time and labor that are required in this case are necessary to the success of this case. Attached is a detailed record of services outlining the hours expended by Applicant in performing professional legal services on behalf of the Debtor. These records merely paraphrase the time devoted to the many aspects of this matter and they do not fully convey the quality, character or importance of services performed, or the priority accorded this proceeding by Applicant.

<u>The rates charged for such services.</u> The hourly fee that is being charged by Debtor's counsel is reasonable and compares favorably to the customary fee charged by other attorneys in the local community practicing before the Bankruptcy Court. The rates are at or below market for attorneys of similar skills and experience.

<u>Whether the services were necessary to the administration of, or beneficial at the Time at which the service was rendered toward the completion of the case.</u> The services rendered by the

Applicant were necessary for the successful completion of this case. The professional and efficient services rendered by the Applicant's professionals contributed to the successful result this case.

       <u>Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed.</u>  Numerous deadlines in a bankruptcy proceeding require the Applicant to act and react promptly and expeditiously. Applicant adhered to all deadlines and timely and efficiently addressed the issued presented in this case.

       <u>With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field.</u> Aaron A. Wernick is board certified in both Business and Consumer Bankruptcy by the American Board of Certification.

       <u>Whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners.</u>  The amount requested by Applicant is reasonable in comparison to awards in cases of similar nature and complexity. The rated charged by the Applicant's professionals are commensurate with the rates charged by similarly skilled practitioners.

       WHEREFORE, the Applicant seeks a final award of fees in the amount of $15,645.00 and costs in the amount of $821.50, for a total final award of $16,466.50 (the "Final Award"), and seeks authorization from this Court to transfer the funds in the amount of the Final Award from the Applicant's trust account to its operating account, and for such other and further relief as this Court deems just and proper.

       I HEREBY CERTIFY that the parties listed below were served a true copy of the foregoing on July 9, 2020.

                        WERNICK LAW, PLLC
                        *Attorneys for the Debtor*
                        2255 Glades Road, Suite 324A
                        Boca Raton, FL 33431

(561) 613-8306
(561) 961-0922 fax

By: /s/ *Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No. 14059
awernick@wernicklaw.com

By CM/ECF Noticing:
- Eyal Berger     eyal.berger@akerman.com, jeanette.martinez@akerman.com
- Heidi A Feinman     Heidi.A.Feinman@usdoj.gov
- Robert C Furr     ltitus@furrcohen.com,
atty_furrcohen@bluestylus.com;cworkinger@furrcohen.com;staff1@furrcohen.com
- Alan C Hochheiser     ahochheiser@mauricewutscher.com,
8371350420@filings.docketbird.com
- David B Marks     brett.marks@akerman.com, charlene.cerda@akerman.com
- Orfelia M Mayor     ombankruptcy@mayorbankruptcy.com,
legalservices@pbctax.com;rgroff@cinlegal.com
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Jordan L Rappaport     office@rorlawfirm.com, 1678370420@filings.docketbird.com

By Manual email:

Steve Kranitz as president of the Debtor: stevekranitz@aol.com

By Manual Notice:
Patricia T Anderson
400 S Dixie Highway, Suite 128
Boca Raton, FL 33432

Robert A Manela
700 W. Hillsboro Blvd, Building 2 #204
Deerfield Beach, FL 33441

Nicole Testa Mehdipour
c/o Akerman LLP
350 E Las Olas BLvd #1600
Fort Lauderdale, FL 33301

## **CERTIFICATION**

1.    I have been designated by Wernick Law, PLLC ("Applicant") as the professional with responsibility in this case in compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2.    I have read the Applicant's application for compensation and reimbursement of expenses (the "Application").  The application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certificate and described in the application.

3.    The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.    In seeking reimbursement for the expenditures described on Exhibit 3, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.    In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

6.    The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance:   None

I HEREBY CERTIFY that the foregoing is true and correct.

Dated: July 9, 2020

Wernick Law, PLLC
*Counsel for the Debtors*
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
(561)961-0922/(561)431-2474- fax

By: */s/Aaron A. Wernick*
Aaron A. Wernick, Esq.
Florida Bar No.: 14059
e-mail: awernick@wernicklaw.com

**Exhibit "1"**
FEE APPLICATION SUMMARY CHART

***NOT APPLICABLE***

| REQUEST | | | | | APPROVAL | | | | PAID | | HOLDBACK | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF | Period Covered | Fees Req | Exp Req | Order Ent | ECF | Fees | Expenses | Fees Paid | Expenses Paid | Fees | | Expenses Holdback |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

**Exhibit "2-A"**
PROFESSIONAL TIME
TOTAL PER INDIVIDUAL FOR THIS PERIOD ONLY

| Name | Year Licensed | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|---|
| **Aaron A. Wernick, Partner** | **2000** | **23.4** | **$500.00** | **$11,700.00** |
| **Lenore Rosetto Parr, Of Counsel** | **2009** | **12.0** | **$325.00** | **$ 4,200.00** |
| **Theresa Keenan, Paralegal** | **n/a** | **0.3** | **$150.00** | **$     45.00** |

| **TOTALS:** | | **35.7** | | **$15,645.00** |
|---|---|---|---|---|

**Total Hours by Professionals & Paraprofessionals:**                          **35.7**

**"Blended" Hourly Rate:**                          **$438.24**

**Exhibit "2-B"**
SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME
BY ACTIVITY CODE CATEGORY FOR THIS TIME PERIOD ONLY

ACTIVITY CODE CATEGORY:    **CASE ADMINISTRATION:**

| NAME | RATE | HOURS | TOTAL FEE |
|---|---|---|---|
| **Aaron A. Wernick, Partner** | **$500.00** | **8.4** | **$ 4,200** |
| | **MATTER TOTALS:** | **8.4** | **$ 4,200** |

8

| ACTIVITY CODE CATEGORY: | FEE/EMPLOYMENT APPLICATIONS: | | |
|---|---|---|---|
| NAME | RATE | HOURS | TOTAL FEE |
| **Aaron A. Wernick, Partner** | **$500.00** | **1.6** | **$ 800** |
| | **MATTER TOTALS:** | **1.6** | **$ 800** |

| ACTIVITY CODE CATEGORY: | CLAIMS ADMINISTRATION AND OBJECTIONS: | | |
|---|---|---|---|
| NAME | RATE | HOURS | TOTAL FEE |
| **Aaron A. Wernick, Partner** | **$500.00** | **.3** | **$ 150** |
| **Lenore Rosetto Parr, Of Counsel** | **$325.00** | **.4** | **$ 130** |
| | **MATTER TOTALS:** | **.7** | **$ 180** |

| ACTIVITY CODE CATEGORY: | PLAN AND DISCLOSURE STATEMENT: | | |
|---|---|---|---|
| NAME | RATE | HOURS | TOTAL FEE |
| **Aaron A. Wernick, Partner** | **$500.00** | **12.8** | **$ 6,400** |
| **Lenore Rosetto Parr, Of Counsel** | **$325.00** | **12.0** | **$ 3,900** |
| | **MATTER TOTALS:** | **24.8** | **$ 10,300** |

| ACTIVITY CODE CATEGORY: | PREP/REVIEW U.S. TRUSTEE REPORTS: | | |
|---|---|---|---|
| NAME | RATE | HOURS | TOTAL FEE |
| **Aaron A. Wernick, Partner** | **$500.00** | **.3** | **$ 150** |
| | **MATTER TOTALS:** | **.3** | **$ 150** |

**EXHIBIT "3"**
Summary of Requested Reimbursement of Expenses
<u>for this Time Period Only</u>

| | | |
|---|---|---|
| 1. | Filing Fees | $0.00 |
| 2. | Process Services Fees | $   0.00 |
| 3. | Witness Fees | $   0.00 |
| 4. | Court Reporters & Transcripts | $   0.00 |
| 5. | Lien and Title Searches | $   0.00 |
| 6. | Photocopies/Printing | $  0.00 |

| | | |
|---|---|---:|
| | (1,009 @ $.15) | |
| 7. | Postage | $ 744.65* |
| 8. | Overnight Delivery Charges | $ 0.00 |
| 9. | Outside Courier/Messenger Services | $ 0.00 |
| 10. | Long Distance Telephone Charges | $ 0.00 |
| 11. | Long Distance Fax Transmissions | $ 0.00 |
| | (a) (0 copies at $1/page) | |
| 12. | Computerized Research | $ 0.00 |
| 13. | Out of Southern District of Florida Travel | $ 0.00 |
| | (a) Transportation ($0) | |
| | (b) Lodging ($0) | |
| | (c) Meals ($0) | |
| 14. | Other Permissible Expenses | $ 50.00 |
| | (must specify and justify) | |
| | (a) CourtSolutions | |
| **TOTAL EXPENSE REIMBURSEMENT REQUESTED** | | **$2,060.30** |

\* Includes printing. Combined service of postage and printing provided by certificateofservice.com aka BK Attorney Services, LLC.



**Wernick Law, PLLC**
2255 Glades Rd
Ste 324A
Boca Raton, FL 33431
5616138306

07-09-2020

Kranitz

**Invoice Number: 149**
Invoice Period: 04-01-2020 - 07-09-2020

Payment Terms: Upon Receipt

**RE: European Foreign Domestic Auto Repair Centre Inc. Boca East**

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 04-02-2020 | Aaron Wernick | B110 - Case Administration Call w Steve, Burt re sale process, cleaning of site, closing of business | 0.90 | 500.00 | 450.00 |
| 04-04-2020 | Aaron Wernick | B320 - Plan and Disclosure Statement (including Business Plan) Continued revising DS, Plan | 1.40 | 500.00 | 700.00 |
| 04-05-2020 | Lenore Parr | B320 - Plan and Disclosure Statement (including Business Plan): Reviewing Sale Motion in European and preparing Plan & D.S., Liquidation Analysis, Claims Analysis, and Budget. | 3.80 | 325.00 | 1,235.00 |
| 04-08-2020 | Theresa Keenan | B110 - Case Administration - Motion and Order to Sub/ Filing/ Service | 0.30 | 150.00 | 45.00 |
| 04-09-2020 | Aaron Wernick | B110 - Case Administration Attendance at hearing on cc | 1.50 | 500.00 | 750.00 |
| 04-11-2020 | Lenore Parr | B320 - Plan and Disclosure Statement (including Business Plan): In European, Reviewing cash collateral motion/orders, employment applications/ orders to employ bankruptcy counsel, accountant, | 1.70 | 325.00 | 552.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | and bookkeeper, motion for adequate assurance of utilities, substitution of counsel motion/order, motion for turnover of funds, motion for interim payment of professionals, and preparing Disclosure Statement provisions relating to events during chapter 11 cases | | | |
| 04-13-2020 | Lenore Parr | B320 - Plan and Disclosure Statement (including Business Plan): In European, reviewing case docket, motion to lease business premises pending sale, motion to approve sale contract, and preparing Plan provisions and Disclosure Statement provisions relating to events during chapter 11 cases | 0.70 | 325.00 | 227.50 |
| 04-13-2020 | Lenore Parr | B320 - Plan and Disclosure Statement (including Business Plan): In European, reviewing motion to reject agreement with Transworld and preparing executory contract provision of Plan and Disclosure Statement | 0.20 | 325.00 | 65.00 |
| 04-21-2020 | Lenore Parr | B320 - Plan and Disclosure Statement (including Business Plan): Reviewing claims register, sale motion, and preparing Plan, Disclosure Statement, and Claims Analysis | 1.40 | 325.00 | 455.00 |
| 05-05-2020 | Lenore Parr | B320 - Plan and Disclosure Statement: Reviewing estoppel interest calculation letter and administrative claims and preparing Plan of Reorganization, Disclosure Statement, and exhibits to Disclosure Statement | 4.20 | 325.00 | 1,365.00 |
| 05-06-2020 | Aaron Wernick | B110 - Case Administration: Calls w BOTW reps, Kranitz re machinery pickup | 0.60 | 500.00 | 300.00 |
| 05-06-2020 | Aaron Wernick | B110 - Case Administration: Receipt and review of BOTW docs, UCC;s, drafted notes for follow up. | 1.30 | 500.00 | 650.00 |
| 05-07-2020 | Aaron Wernick | B110 - Case Administration: Conducted research as to UCCs, county records, legal desc, orders in prep for sale | 1.30 | 500.00 | 650.00 |
| 05-09-2020 | Aaron Wernick | B110 - Case Administration: Reviewed initial drafts of documents for closing including bill of sale; reviewed claims to determine closing allocations; compared with notes in file; drafted notes/comments for follow up; correspondence with buyer and client re same. | 1.90 | 500.00 | 950.00 |
| 05-25-2020 | Aaron Wernick | B320 - Plan and Disclosure Statement: Continued revising/drafting plan, ds, exhibits; compared with notes, file; reviewed POCs. | 3.40 | 500.00 | 1,700.00 |
| 05-26-2020 | Aaron Wernick | B320 - Plan and Disclosure Statement: continued drafting/revising plan, ds, exhibits | 2.20 | 500.00 | 1,100.00 |
| 06-02-2020 | Aaron Wernick | B110 - Case Administration: 2 calls w IRS agent re trust fund taxes, liabilities to pursue and to pay; missing returns. | 0.80 | 500.00 | 400.00 |
| 06-05-2020 | Aaron Wernick | B330 - Prep/Review U.S. Trustee Reports: revised latest MOR; compared w previous | 0.30 | 500.00 | 150.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 06-11-2020 | Aaron Wernick | B110 - Case Administration: Email correspondence with A Kroner status update on cases | 0.10 | 500.00 | 50.00 |
| 06-13-2020 | Aaron Wernick | B320 - Plan and Disclosure Statement: Finalized revisions to plan, ds, exhibit; sent to client for signing | 2.90 | 500.00 | 1,450.00 |
| 06-16-2020 | Aaron Wernick | B320 - Plan and Disclosure Statement: Made further and final revisions to plan, ds, exhibits; prepared for filing, filed. | 2.90 | 500.00 | 1,450.00 |
| 07-09-2020 | Aaron Wernick | B160 - Fee/Employment Application: Reviewed all billing entries; drafted fee app and filed. | 1.60 | 500.00 | 800.00 |
| 07-09-2020 | Aaron Wernick | B310 - Claims Administration and Objections: Reviewed all claims to determine OTCs | 0.30 | 500.00 | 150.00 |
| | | | | **Total Fees** | 15,645.00 |

## Time Summary

| Professional | Hours | Amount |
|-------------|-------|--------|
| Aaron Wernick | 23.40 | 11,700.00 |
| Lenore Parr | 12.00 | 3,900.00 |
| Theresa Keenan | 0.30 | 45.00 |
| **Total** | | 15,645.00 |

## Expenses

| Expense | Description | Amount |
|---------|-------------|--------|
| E108 - Postage | E108 - Postage COS for ASK & European Motion to Sub Counsel | 54.00 |
| E108 - Postage | E108 - Postage Order Granting Motion to Sub COS | 54.00 |
| E108 - Postage | E108 - Postage COS mMotion to Sub counsel on joint case- ASK and European | 54.00 |
| E125 - Telephonic hearing appearance | Telephonic hearing appearance: Exclusivity hearing | 50.00 |
| E107 - Service of Documents - CertificateOfService.com | Service of Documents - CertificateOfService.com:119 | 45.05 |
| E107 - Service of Documents - CertificateOfService.com | E107 - Service of Documents - CertificateOfService.com | 45.05 |
| E107 - Service of Documents - CertificateOfService.com | E107 - Service of Documents - CertificateOfService.com -ECF 135, 136, 138, 139 | 519.40 |
| | **Total Expenses** | 821.50 |
| | **Total for this Invoice** | 16,466.50 |

# Client Statement of Account

As of 07-09-2020

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---|---|---|
| European Foreign Domestic Auto Repair Centre Inc. Boca East | 16,466.50 | | 16,466.50 |
| | **Total Amount to Pay** | | **16,466.50** |

## European Foreign Domestic Auto Repair Centre Inc. Boca East

### Transactions

| Date | Transaction | Applied | Invoice | Amount |
|---|---|---|---|---|
| 07-09-2020 | Invoice 149 | | | 16,466.50 |
| | | | **Balance** | **16,466.50** |

### Open Invoices and Credits

| Date | Transaction | Amount | Applied | Balance |
|---|---|---|---|---|
| 07-09-2020 | Invoice 149 | 16,466.50 | | 16,466.50 |
| | | | **Balance** | **16,466.50** |

Kranitz

07-09-2020

**Wernick Law, PLLC**
2255 Glades Rd
Ste 324A
Boca Raton, FL 33431

**Invoice Number: 149**
Invoice Period: 04-01-2020 - 07-09-2020

---

# REMITTANCE COPY

**Please Include with Payment**

**RE: European Foreign Domestic Auto Repair Centre Inc. Boca East**

| | |
|---|---|
| **Fees** | 15,645.00 |
| **Expenses** | 821.50 |
| **Total for this Invoice** | 16,466.50 |

| Matter | Invoices / Credits | Trust | Balance Due |
|---|---|---|---|
| European Foreign Domestic Auto Repair Centre Inc. Boca East | 16,466.50 | | 16,466.50 |
| | **Total Amount to Pay** | | **16,466.50** |

### Open Invoices and Credits

| Date | Transaction | Matter | Amount | Applied | Balance |
|---|---|---|---|---|---|
| 07-09-2020 | Invoice 149 | European Foreign Domestic Auto Repair Centre Inc. Boca East | 16,466.50 | | 16,466.50 |
| | | | | **Balance** | **16,466.50** |